From: Jacob Medina #11975508
FCI Victorville Medium #1
P.O. Box 3725
Adelanto, CA 92301

12/23/22

TO: Clerk of the court
Sandra Day O'connor U.S. courthouse
401 W. Washington St. Room 130
Phoenix, AZ 85003

To whom it may concern;

I mistakenly sent a incomplete §2255 motion to vacate which was my copies, along with a incomplete motion to seal to the courts. I submitted them into the institution mail this dated morning and could not retrieve them, so I'm sending out the completed actual motion that was supposed to go out this same morning. Please disregard any motion that was received that isn't contained in this parcel. Thank you!

Respectfully submitted this evening of December 23rd, 2022.

Jacob Medina #11925508
FCI Victorville Medium #1
P.O. Box 3725
Adelanto, CA 92301